```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 05028
   JUAN R LOPEZ
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-9888


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 04/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE NOTICE ONLY    NOT FILED             .00           .00
REGAL TIME RESOLUTIONS   CURRENT MORTG        .00             .00           .00
REGAL TIME RESOLUTIONS   SECURED NOT I    8500.32             .00           .00
CHASE MANHATTAN MORTGAGE NOTICE ONLY    NOT FILED             .00           .00
CHASE HOME FINANCE LLC   CURRENT MORTG        .00             .00           .00
CHASE HOME FINANCE LLC   SECURED NOT I   29667.20             .00           .00
CHASE HOME FINANCE LLC   CURRENT MORTG        .00             .00           .00
CHASE HOME FINANCE LLC   SECURED NOT I   37180.67             .00           .00
VERIZON WIRELESS         UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS         NOTICE ONLY     NOT FILED            .00           .00
GREGORY K STERN          DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                        .00                     .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05028 JUAN R LOPEZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 07/22/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```